

IT IS ORDERED

Date Entered on Docket: April 20, 2015

*Robert H. Jacobvitz*

**The Honorable Robert H Jacobvitz**
**United States Bankruptcy Judge**

---

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW MEXICO

In re:

Daniel R. Marlowe, 7923

Case No. 14-12624-j7

Debtor.

### DEFAULT ORDER GRANTING U.S. BANK NATIONAL ASSOCIATION ABANDONMENT OF PROPERTY LOCATED AT 34 SIERRA ROSA, SANTA FE, NM 87507

This matter came before the Court on the Motion to Compel Abandonment of Property located at 34 Sierra Rosa, Santa Fe, NM 87507, filed on March 23, 2015, Docket No. 17 (the "Motion") by U.S. Bank National Association ("Movant"). The Court, having reviewed the record and the Motion, and being otherwise sufficiently informed, FINDS:

(a) On March 23, 2015, Movant served the Motion and a notice of the Motion (the "Notice") on counsel of record for the Debtor(s) and the case trustee (the "Trustee") by use of the Court's case management and electronic filing system for the transmission of notices, as authorized by Fed.R.Civ.P. 5(b)(3) and NM LBR 9036-1, and on the Debtor(s) by United States first class mail, in accordance with Bankruptcy Rules 7004 and 9014.

(b) The Motion relates to the following property:

THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE COUNTY OF SANTA FE, STATE OF NEW MEXICO AND IS DESCRIBED AS FOLLOWS:

Lot Three-D (3-D) as shown on Plat of Survey entitled "Lot Split of Lot 3 for Monika Steinhoff located within the SE 1/4 of Section 19, T17N, R9E, N.M.P.M.," filed in the office of the County Clerk, Santa Fe County, New Mexico on March 31, 1994 in Plat Book 270, page 039 as Document No. 856,518.

(the "Property").

(c) The Notice specified an objection deadline of 14 days from the date of service of the Notice, to which three days was added under Bankruptcy Rule 9006(f);

(d) The Notice was sufficient in form and content;

(e) The objection deadline expired on April 9, 2015;

(f) As of April 10, 2015, neither the Debtor nor the Trustee, nor any other party in interest, filed an objection to the Motion;

(g) The Motion is well taken and should be granted as provided herein; and

(h) By submitting this Order to the Court for entry, the undersigned counsel for Movant certifies, under penalty of perjury that, on April 10, 2015 Robin L. Hill, Bankruptcy Legal Assistant searched the data banks of the Department of Defense Manpower Data Center ("DMDC"), and found that the DMDC does not possess any information indicating that the Debtor is currently on active military duty of the United States.

IT IS THEREFORE ORDERED:

1. Pursuant to 11 U.S.C. §554(b), Movant and any and all holders of liens against the Property, of any lien priority, are hereby are granted relief from the automatic stay:

(a) To enforce their rights in the Property, including foreclosure of liens and a foreclosure sale, under the terms of any prepetition notes, mortgages, security agreements, and/or other agreements to which Debtor is a party, to the extent permitted by applicable non-bankruptcy law, such as by commencing or proceeding with appropriate action against the Debtor or the Property, or both, in any court of competent jurisdiction; and

(b) To exercise any other right or remedy available to them under law or equity with respect to the Property.

2. The Trustee is deemed to have abandoned the Property from the estate pursuant to 11 U.S.C. §554 as of the date of entry of this Order, and the Property therefore no longer is property of the estate. As a result, Movant need not name the Trustee as a defendant in any state court action it may pursue to foreclosure liens against the Property and need not notify the Trustee of any sale of the Property.

3. This Order does not waive Movant's claim against the estate for any deficiency owed by the Debtor after any foreclosure sale or other disposition of the Property. Movant may file an amended proof of claim this bankruptcy case within 30 days after a foreclosure sale of the Property, should it claim that Debtors owe any amount after the sale of the Property.

4. This Order shall continue in full force and effect if this case is dismissed or converted to a case under another chapter of the Bankruptcy Code.

XXX END OF ORDER XXX

Submitted by:

LITTLE, BRADLEY & NESBITT, P.A.

By: /S/Electronically submitted/ 4-10-15
Karen H. Bradley
Attorney for Creditor
P.O. Box 3509
Albuquerque, New Mexico 87190
Ph: (505) 248-2400   Fax: (505) 254-4722

Copies to:

William H. Ivry
Attorney for Debtor(s)
P.O. Box 263
Santa Fe, NM 87504-0263

Yvette J. Gonzales
Trustee
P.O. Box 1037
Placitas, NM 87043-1037

Daniel R. Marlowe
Debtor
P.O. Box 8207
Santa Fe, NM 87504